Leonard C. Herr, #081896
lherr@dhlaw.net
Ron Statler, #234177
rstatler@dhlaw.net
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Plaintiffs, SOLID LANDINGS BEHAVIORAL HEALTH, INC.; and SURE HAVEN, INC. in its own name and dba Rock Solid Recovery; FPS, LLC; STEPHEN FENNELLY; and ELIZABETH PERRY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID LANDINGS BEHAVIORAL HEALTH, Inc.; and SURE HAVEN, Inc. in its own name and dba Rock Solid Recovery; FPS, LLC; STEPHEN FENNELLY; and ELIZABETH PERRY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COSTA MESA, a California municipal corporation,<br><br>Defendant. | Case No.: 8:14-cv-01838-JVS-JCG<br><br>**ORDER TO SHOW CAUSE RESTRAINING ENFORCEMENT OF ORDINANCE 14-13**<br><br><br>Date:<br>Time:<br>Courtroom: 10C<br>Judge: Selna |

The Court, having read the documents in favor and opposition to Plaintiffs' motion for Temporary Restraining Order, issues this order that defendant City of Costa Mesa show cause why a preliminary injunction should not issue prohibiting enforcement of that City's Ordinance number 14-13 to be

-1-

**[PROPOSED] ORDER TO SHOW CAUSE RESTRAINING ENFORCEMENT OF ORDINANCE**

**14-13**

heard in Court Room 10C of this Court on January 12, 2015 at 3:00 p.m. The City shall file any showing in opposition not later than December 17, 2015. Plaintiffs may file a reply not later than December 31, 2015. The parties shall also be heard on the issue of whether a bond shall be required and in what amount.

DATED: November 26, 2014

_____
United States District Court Judge

O:\ECF Ready\Solid Landings OSC--JVS.wpd

DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**[PROPOSED] ORDER TO SHOW CAUSE RESTRAINING ENFORCEMENT OF ORDINANCE**

14-13